**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LAWRENCE BRANCH**     **PETITIONER**

**v.**     **CIVIL ACTION NO.: 4:07CV138-MPM**

**CHRISTOPHER EPPS, ET AL.**     **RESPONDENTS**

### ORDER EXTENDING TIME

This matter is before the Court on Petitioner's motion seeking an extension of time within which to submit a memorandum of authorities in support of the petition for writ of habeas corpus filed in this cause. Upon due consideration, the Court finds the motion well-taken and **GRANTED**. Petitioner shall have up to and including July 18, 2008, to file his memorandum of authorities.

**ORDERED** this the 6th day of June, 2008.

    /s/ Michael P. Mills
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**